UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MOCZO,

                  Petitioner,

    -against-

PHILIP D. HEATH, Superintendent, Sing Sing Correctional Facility,

                  Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/16

12 Civ. 8509 (AT)(RLE)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On November 19, 2012, Petitioner *pro se*, Jason Moczo, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On August 15, 2013, the Court referred the matter to the Honorable Ronald L. Ellis. ECF No. 9.

    After careful consideration, Magistrate Judge Ellis issued a Report and Recommendation (the "R & R"), recommending that the petition be (1) dismissed, on the basis that Moczo has failed to exhaust the claims in his petition, or (2) denied, on the basis that, even if he had exhausted those claims, they lack merit. ECF No. 26. Despite notification of the right to object to the R & R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R & R for clear error. *E.g.*, *Gilford v. Racette*, No. 13 Civ. 5881, 2015 WL 7430825, at *1 (S.D.N.Y. Nov. 20, 2015). The Court finds no clear error. Accordingly, the Court ADOPTS the R & R in its entirety. The petition is DISMISSED with prejudice.

    The Clerk of Court is directed to close the case and to mail a copy of this order to Petitioner *pro se*.

    SO ORDERED.

Dated: June 6, 2016
       New York, New York

ANALISA TORRES
United States District Judge